CLINTON SNOOK, Respondent, *v.* IDA L. FRENCH, Appellant, Impleaded with Others.

*Snook* v. *French*, 111 App. Div. 910, affirmed.
(Submitted April 10, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 23, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*Louis L. Waters* and *Clarence W. Austin* for appellant.

*George H. Sears* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

MARY RAFFERTY, Respondent, *v.* RICHARD K. ANDERSON, Appellant.

*Rafferty* v. *Anderson*, 106 App. Div. 383, affirmed.
(Argued April 10, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 11, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from interfering with a certain fence erected by the plaintiff or trespassing upon the land inclosed thereby.

*Thomas O'Connor* for appellant.

*Eugene D. Flanigan* and *Benjamin W. Knower* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN and HISCOCK, JJ. Not sitting: CHASE, J.